UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| EDWARD BENAVIDES, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | CIVIL ACTION NO. L-08-00105 |
| LAREDO MEDICAL CENTER, | § | |
| | § | |
| Defendant | § | |

## ADVISORY TO THE COURT

This Advisory is to update the Court regarding Plaintiffs Supplement to Application to Proceed Without Pre-Payment of Fees and Affidavit. Plaintiff Edward Benavides has been in a San Antonio hospital for the last two weeks for treatment of a serious medical condition. Not withstanding the inherent difficulties in communicating with Mr. Benavides due to his hearing impairment, Plaintiff's counsel has been unable to obtain the appropriate financial information to proceed with Mr. Benavides' Application to Proceed Without Pre-Payment of Fees and Affidavits.

Although we feel confident Mr. Benavides would qualify for deferment of fees, at this time Plaintiff withdraws his Application, and will proceed with payment of court costs. Rather than burden Mr. Benavides with these costs, payment will be made by the Texas Civil Rights Project. Plaintiff appreciates the Courts patience regarding this matter, and does not wish to burden the Court any further.

Dated August 22, 2008

Respectfully submitted,

/s/ James C. Harrington
James C. Harrington
State Bar No. 09048500
S. Dist. 4025
Wayne Krause

State Bar No. 24032644
S. Dist. 31053

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741-3438
 (512) 474-5073 [phone]
 (512) 474-0726 [fax]

ATTORNEYS FOR PLAINTIFF